UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Graylene B. Vaughan,

           Plaintiff,      Case No. 21-cv-11593

v.                              Judith E. Levy
                               United States District Judge

Federal Express Corporation,

                               Mag. Judge Kimberly G. Altman

           Defendant.

_____/

**ORDER VACATING ORDER TO SHOW CAUSE [24] AND DIRECTING PLAINTIFF'S COUNSEL TO SUBPOENA <u>PLAINTIFF'S PHONE RECORDS</u>**

On February 7, 2023, the Court ordered Plaintiff Graylene B. Vaughan to show cause "why the Court should not impose the sanction proposed by Defendant [Federal Express Corporation] under Rule 37(b)(2)(A)(i) due to Plaintiff's failure to comply with the Court's discovery orders entered on December 28, 2022 and January 23, 2023." (ECF No. 24, PageID.154.) The discovery orders instructed Plaintiff to provide to Defendant his cell phone records or information related to those records. (*See* ECF Nos. 22, 23.) On February 21, 2023, Plaintiff responded to the Court's show cause order. (ECF No. 25.)

The appropriate action has been taken as to the order to show cause. Accordingly, the Court's show cause order has been satisfied and is vacated. Moreover, the Court directs Plaintiff's counsel to subpoena Plaintiff's phone records. By **March 6, 2023**, Plaintiff's counsel must file on the docket a copy of the subpoena to notify the Court of his compliance with this order.

IT IS SO ORDERED.

Dated: February 28, 2023  s/Judith E. Levy
   Ann Arbor, Michigan  JUDITH E. LEVY
   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 28, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager